UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22846-DPG

**VICTOR ARIZA**,

      Plaintiff,

vs.

**TANDY LEATHER COMPANY, INC.,**
**a foreign for-profit corporation,**

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, TANDY LEATHER COMPANY, INC., by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

Dated:  October 26, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|       RODERICK V. HANNAH |       PELAYO M. DURAN |
|       Fla. Bar No. 435384 |       Fla. Bar No. 0146595 |

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Counsel for Defendant
Two Datran Center
9130 South Dadeland Boulevard, Suite 1625
Miami, FL  33156
(305) 455-3710
Paul.deboe@ogletreedeakins.com

By: */s/ Paul J. Deboe*
     PAUL J. DEBOE
     Florida Bar No: 52051