UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22846-DPG

VICTOR ARIZA,

    Plaintiff,

vs.

TANDY LEATHER COMPANY, INC.

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Victor Ariza and Defendant Tandy Leather Company, Inc. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: November 14, 2022

Respectfully submitted,

RODERICK V. HANNAH, ESQ., P.A
4800 North Hiatus Road
Sunrise, FL  33351-7919
Telephone: 954.362.3800
Facsimile: 954.362.3779

*s/ Roderick Hannah*
Roderick V. Hannah, Esq.
Florida Bar No. 435384
rhannah@rhaannahlaw.com

Law Office of Pelayo Duran, P.A
4640 N.W. 7th Street
Miami, Florida  33126-2309
Telephone: 305.266-9780

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 1625
Miami, FL  33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

*s/ Paul De Boe*
Paul J. De Boe, Esq.
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

2

Facsimile:  305.269.8311

*s/ Pelayo Duran*
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pduran@pelayodural.com

*Counsel for Plaintiff*